## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

ROGER SCOTT BLACKBURN,

        Plaintiff,

v.

MINNESOTA NATIONAL GUARD,
COMPANY D/2ND 147TH AVIATION BR,.
and STATE OF COLORADO,

        Defendants.

Civil No. 08-6189 (MJD/JJG)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application for leave to proceed in forma pauperis, (Doc. No. 2), is **DENIED**;

2. Plaintiff's "Motion For A Stay Of Execution And Or Exemption," (Doc. No. 3), is **DENIED**; and

3. This action is **DISMISSED WITHOUT PREJUDICE**.

Dated: February 6, 2009        s/Michael J. Davis
                                          MICHAEL J. DAVIS
                                          United States Chief District Chief Judge